IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

LATISHA ENNIS,                                    *

                    Plaintiff,             *

v.                                                          Case No.7:20-CV-143(HL)

                                *

EQUIFAX INFORMATION SERVICES, LLC
and TRANS UNION, LLC,                        *

                Defendants.           *

_____

## J U D G M E N T

      Pursuant to this Court's Order dated October 22, 2021, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of

Defendants.  Defendants shall also recover costs of this action.

      This 22nd day of October, 2021.

                             David W. Bunt, Clerk

                             s/ S. B. DeCesare, Deputy Clerk